UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEVIN RAY HOCKEMEIR,<br><br>                    Petitioner,<br>     v.<br><br>TIM GARRETT, *et al.*,<br><br>                    Respondents. | Case No. 3:22-cv-00359-LRH-CSD<br><br>ORDER |

Petitioner, a Nevada prisoner, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Petitioner has not paid the filing fee ($5.00) or filed an application to proceed *in forma pauperis*. Because this matter has not been properly commenced, it will be dismissed without prejudice to bringing a new action.

Under 28 U.S.C. § 1915(a)(2) and the court's Local Rules (LSR 1-1, 1-2), a habeas petitioner unable to pay the filing fee must file an application for leave to proceed *in forma pauperis* on the form provided by the court with both an inmate account statement for the past six months and a properly executed financial certificate.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the filing of a petition in a **new** action with either the $5.00 filing fee or a properly completed application form to proceed *in forma pauperis*. The Clerk shall enter judgment accordingly and close this case.

1    IT IS FURTHER ORDERED that a certificate of appealability is denied as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

IT IS FURTHER ORDERED that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

DATED THIS 25th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE